■ George Zaharakis, Respondent, v Mike Young, Appellant. [655 NYS2d 1019] —Appeal by the defendant from an order of the Supreme Court, Queens County (LeVine, J.), dated January 19, 1996.

Ordered that the order is affirmed, with costs, for reasons stated by Justice LeVine at the Supreme Court. Sullivan, J. P., Joy, Friedmann and Florio, JJ., concur.